UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KORY C. COX,<br><br>　　Plaintiff,<br><br>　　v.<br><br>FOREST RIVER, INC.,<br><br>　　Defendant. | Case No. 3:23-CV-1037-CCB-SJF |

## ORDER

Pursuant to the Joint Stipulation of Dismissal (ECF 30) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice, each party bearing its own fees and costs. The Clerk is **DIRECTED** to close this case.

SO ORDERED on July 25, 2025.

　　　　　　　　　　　　　　　　　　　/s/*Cristal C. Brisco*
　　　　　　　　　　　　　　　　　　CRISTAL C. BRISCO, JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT